IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TUT J. JANY,<br><br>　　　　Defendant. | 8:04CR505<br><br>ORDER |

　　　　Defendant Tut J. Jany appeared before the court on January 22, 2007 on a for Warrant or Summons for Offender Under Supervision [34]. The defendant was represented by Assistant Federal Public Defender Shannon P. O'Connor and the United States was represented by Assistant U.S. Attorney Frederick D. Franklin. The government did not request a detention hearing. Therefore, the defendant was released on current conditions of supervision.

　　　　I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Bataillon.

　　　　**IT IS ORDERED**:

　　　　1.　　A final dispositional hearing will be held before Chief Judge Joseph F. Bataillon in Courtroom No.3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **February 9, 2007 at 9:30 a.m.** Defendant must be present in person.

　　　　2.　　The defendant is released on current conditions of supervision.

　　　　DATED this 23rd day of January, 2007.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　s/ F. A. Gossett
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge